FILED
2018 Jul-23 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

CHRISTOPHER JAMES SAYLES, )
)
    Plaintiff )
)
vs. ) Case No. 4:17-cv-00319-ACA
)
COMMISSIONER, SOCIAL SECURITY )
ADMINISTRATION, )
)
    Defendant )

## MEMORANDUM OPINION

On June 27, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations. Plaintiff filed objection to the magistrate judge's report and recommendation on July 10, 2018.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court affirm the Commissioner's decision, grant Plaintiff's Motion to Correct the Record, and deny Plaintiff's Motion to Remand Pursuant to Sentence Six.

The court will enter a separate order in conformity with this Memorandum

Opinion.

**DONE** and **ORDERED** this July 23, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE